■ In the Matter of COREY L. BAXTER, Respondent, v LEAH P. BORDEN, Appellant. In the Matter of LEAH P. BORDEN, Appellant, v COREY L. BAXTER, Respondent. (Appeal No. 2.) [995 NYS2d 529]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered August 1, 2013 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, dismissed the amended petition of Leah P. Borden.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Baxter v Borden* ([appeal No. 1] 122 AD3d 1417 [Nov. 21, 2014]). Present—Smith, J.P., Centra, Fahey, Lindley and Whalen, JJ.